United States District Court
Southern District of Texas
**ENTERED**
June 22, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| STAN KOZLOWKSI, *ET AL.*, | § § § § | |
| Plaintiffs. | | |
| VS. | § § § § § § | CIVIL ACTION NO. 3:20-cv-00365 |
| WILLIAM BUCK, *ET AL.*, | | |
| Defendants. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On June 22, 2021, this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 34. Judge Edison filed a memorandum and recommendation on May 18, 2022, recommending that Defendants' Motion for Summary Judgment, Dkt. 39, be granted. Dkt. 67.

On June 1, 2022, the plaintiffs filed their objections to the memorandum and recommendation. Dkt. 68. The defendants filed a response to the plaintiffs' objections on June 15, 2022. Dkt. 69. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections and response; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation, Dkt. 67, is approved and adopted in its entirety as the holding of the court; and

(2) The defendants' motion for summary judgment, Dkt. 39, is granted.

Signed on Galveston Island this 22nd day of June 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE