United States District Court
Southern District of Texas
**ENTERED**
June 22, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| STAN KOZLOWKSI, *ET AL.*, | § § § | |
| Plaintiffs. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:20-cv-00365 |
| WILLIAM BUCK, *ET AL.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the court's order of June 22, 2022, adopting Magistrate Judge Andrew Edison's memorandum and recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 22nd day of June 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE