UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STAN KOZLOWSKI; JASON HALL; MIKE STALLINGS; JASON ROBERTS; KYLE JORDAN, and JUSTIN MEADOR  V.  WILLIAM BUCK, individually, and MARCUS WOODRING, individually | Case No. 3:20-cv-365  (JURY DEMANDED) |

## NOTICE OF APPEAL

Plaintiffs Stan Kozlowski, Jason Hall, Mike Stallings, Jason Roberts, Kyle Jordan, and Justin Meador file this Notice of Appeal and would show as follows: Pursuant to the Federal Rules of Appellate Procedure and Federal Rules of Civil Procedure, Plaintiffs appeal to the United States Court of Appeals for the Fifth Circuit from the June 22, 2022 Order Adopting Magistrate Judge's Memorandum and Recommendation Opinion (Doc. No. 70), June 22, 2022, Final Judgment (Doc. No. 71.), the May 18, 2022 Magistrate's Memorandum and Recommendation (Doc. 67), and from all other orders or rulings of the Court necessary to, supporting, or relating to and made final by them.

Respectfully submitted,

**DOYLE DENNIS LLP**

_____
MICHAEL PATRICK DOYLE

        State Bar No. 06095650
        PATRICK M. DENNIS
        State Bar No. 24045777
        JEFFREY AVERY
        State Bar No. 24085185
        EMMA R. BROCKWAY
        State Bar No. 24125156
        3401 Allen Pkwy, Suite 100
        Houston, Texas 77019
        Phone: (713) 571-1146
        Fax:    (713) 571-1148
        service@doylelawfirm.com
        **ATTORNEYS FOR PLAINTIFFS**
        **THE PORT FIREFIGHTER**
        **UNION LEADERS**

OF COUNSEL
Patrick M. Flynn
Patrick M. Flynn, P.C.
1225 North Loop West, Suite 1000
Houston, Texas 77008
Phone--713/861-6163
Fax--713/961-5566
pat@pmfpc.com

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of the foregoing Notice of Appeal was served on the attorney of record for each party in the above case in accordance with the Federal Rules of Civil Procedure on this 13th day of July 2022.

                    */s/ Jeffrey Avery*
                    Jeffrey Avery